**Robert HAYES, Plaintiff—Appellant,**

v.

**HEALTH AND MENTAL HYGIENE, DEPT–A1; Ronald S. Polotsky; Lorien Nursing & Rehabilitation Center, Defendants—Appellees.**

**No. 04–1106.**

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2004.

Decided March 18, 2004.

Robert Hayes, Appellant pro se.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Robert Hayes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hayes v. Health & Mental Hyqiene,* No. CA–03–3596–AMD (D.Md. Jan. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED*